UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| **PAY AS YOU GO, LLC,** <br><br> Plaintiff, <br><br> v. <br><br> **VERIFONE, INC.,** <br><br> Defendant. | C.A. No. 8:25-cv-00660 <br><br> **JURY TRIAL DEMANDED** <br><br> **PATENT CASE** |

**PLAINTIFF PAY AS YOU GO, LLC'S DISCLOSURE STATEMENT
UNDER RULE 7.1, FEDERAL RULES OF CIVIL PROCEDURE,
AND LOCAL RULE 3.03**

1. Is the filer a non-governmental corporate party or non-governmental corporation moving to intervene?

    ☒ No.

    ☐ Yes, and

    ☐ These parent corporations and publicly held corporations own 10% or more of the filer's shares:

    ☐ The filer has no parent corporation.

    ☐ No publicly held corporation owns 10% or more of the filer's shares.

2. Is the court's jurisdiction based on either 28 U.S.C. § 1332(a) or 28 U.S.C. § 1332(d)?

    ☒ No.

☐ Yes, and this is the name and citizenship of each person or entity whose citizenship is attributed to the filer: [].

3. Is there any other person or entity that has or might have an interest in the outcome of the action, including any interested or potentially interested lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity?

☐ No.

☒ Yes. These additional persons and entities have or might have an interest in the outcome of the action:

David R. Bennett
Direction IP Law
Barbra Stern
Law Offices of Barbra Stern
Patent Asset Management, LLC
EBM/IP, LLC
ICAP Patent Brokerage, LLC

4. Might the outcome of this action affect any entity, not yet identified, with publicly traded shares or debt?

☒ No.

☐ Yes, and this is the entity: [].

5. Is this a bankruptcy action?

☒ No.

☐ Yes, and the debtor is [].

☐ Yes, and the members of the creditors' committee are [].

6. Is this a criminal case?

&boxtimes;    No.

☐    Yes, and these persons are arguably eligible for restitution: [].

7. Is there an additional entity likely to actively participate in this action?

&boxtimes;    No.

☐    Yes, and this is the entity: [].

8. Does the filer certify that, except as disclosed, the filer is unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and the filer will immediately notify the judge in writing within fourteen days after the filer knows of a conflict?

&boxtimes;    No.

☐    Yes.

March 18, 2025

/s/ Barbra Anne Stern
Barbra A. Stern, Esquire
Florida Bar No.: 526576
barbra@sternlawoffice.com
Law Offices of Barbra Stern, PA
808 E. Las Olas Blvd, Suite 102
Ft. Lauderdale, Florida 33301
Telephone: (954) 743-4710
*Attorneys for Plaintiff*
*Pay As You Go, LLC*