# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| **PAY AS YOU GO, LLC,**<br><br>                Plaintiff,<br>v.<br><br>**VERIFONE, INC.,**<br><br>                Defendant. | C.A. No. 8:25-cv-00660<br><br>**JURY TRIAL DEMANDED**<br><br>**PATENT CASE** |

## NOTICE OF DESIGNATION OF LEAD COUNSEL

Pursuant to Local Rule 2.02(a), formal notice is hereby given that the undersigned attorney, David R. Bennett, Esq., will serve as Lead Counsel for plaintiff Pay As You Go, LLC, in the above-styled action:

>David R. Bennett
>Direction IP Law
>PO Box 14184
>Chicago, IL 60614
>(P) 312-291-1667
>dbennett@directionip.com

March 18, 2025

/s/ Barbra Anne Stern
Barbra A. Stern, Esquire
Florida Bar No.: 526576
barbra@sternlawoffice.com
Law Offices of Barbra Stern, PA
808 E. Las Olas Blvd, Suite 102
Ft. Lauderdale, Florida 33301
Telephone: (954) 743-4710
*Attorneys for Plaintiff*
*Pay As You Go, LLC*