# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

PAY AS YOU GO, LLC

              **Plaintiff,**

v.                                          Case No. 8:25-cv-00660

VERIFONE, INC.

              **Defendant.**

_____

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(c), I certify that the instant action:

__✓__  IS  related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

See atached list.
_____
_____
_____

_____  IS NOT  related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than eleven days after appearance of the party.

Dated: March 18, 2025

/s/ Barbra Anne Stern
_____      _____
Plaintiff(s) Counsel of Record                    Defendant(s) [Counsel of Record
    or *Pro Se* Party                                or *Pro Se* Party
Barbra A. Stern, Esquire                        [Address and Telephone]
Florida Bar No.: 526576
barbra@sternlawoffice.com
Law Offices of Barbra Stern, PA
808 E. Las Olas Blvd, Suite 102
Ft. Lauderdale, Florida 33301
Telephone:  (954) 743-4710
Attorneys for Plaintiff
Pay As You Go, LLC