<u>LIST OF PREVIOUSLY FILED CASES INVOLVING U.S. PATENT NO. 7,013,127</u>

- *Pay As You Go, LLC v. Verizon Communications, Inc.*, 2-24-cv-00400 (EDTX) (CLOSED)
- *Pay As You Go, LLC v. Cloudera, Inc.*,1-24cv-00463 (WDTX) (CLOSED)
- *Pay As You Go, LLC v. T-Mobile USA, Inc.*, 2-23-cv-00501 (EDTX) (CLOSED)
- *Pay As You Go, LLC v. AT&T Inc.*, 2-23-cv-00462 (EDTX) (CLOSED)
- *Pay As You Go, LLC v. Verizon Communications Inc.*, 2-23-cv-00463 (EDTX) (CLOSED)
- *Pay As You Go, LLC v. Mint Mobile, LLC*, 1-23-cv-00473 (DDE) (CLOSED)