AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _____Middle District of Florida_____ on the following

☐ Trademarks or    ☒ Patents.    (    ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>8:25-cv-00660-SDM-CPT | DATE FILED<br>March 18, 2025 | U.S. DISTRICT COURT<br>Middle District of Florida |
|---|---|---|
| | | |
| | | |

| PLAINTIFF<br><br>PAY AS YOU GO, LLC, | DEFENDANT<br><br>VERIFONE, INC. |
|---|---|

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1    See attached | | |

| CLERK<br>ELIZABETH M. WARREN | (BY) DEPUTY CLERK<br>Ericka Kerr | DATE<br>March 19, 2025 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy**

## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| | |
|---|---|
| **PAY AS YOU GO, LLC,** | C.A. No. _____ |
| Plaintiff, | |
| v. | **JURY TRIAL DEMANDED** |
| **VERIFONE, INC.,** | **PATENT CASE** |
| Defendant. | |

### ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff Pay As You Go, LLC files this Original Complaint for Patent Infringement against VeriFone, Inc., and would respectfully show the Court as follows:

## I.  THE PARTIES

1.     Plaintiff Pay As You Go, LLC ("PAYG" or "Plaintiff") is a Texas limited liability company having an address at 1 East Broward Boulevard Ste 700 Fort Lauderdale, FL 33301.

2.     On information and belief, Defendant VeriFone, Inc. ("VeriFone" or "Defendant") is a Delaware corporation with a regular and established place of business at 300 Park Place Blvd., Suite 100, Clearwater, FL 33759.  Defendant has a registered agent at Corporation Service Company, 1201 Hays St., Tallahassee, FL 32301.

1

## II.  <u>JURISDICTION AND VENUE</u>

3.    This action arises under the patent laws of the United States, Title 35 of the United States Code.  This Court has subject matter jurisdiction of such action under <u>28 U.S.C. §§ 1331</u> and <u>1338(a)</u>.

4.    On information and belief, Defendant is subject to this Court's specific and general personal jurisdiction, pursuant to due process and the Florida Long-Arm Statute, due at least to its business in this forum, including at least a portion of the infringements alleged herein at 300 Park Place Blvd., Suite 100, Clearwater, FL 33759.

5.    Without limitation, on information and belief, Defendant has derived revenues from its infringing acts occurring within Florida.  Further, on information and belief, Defendant is subject to the Court's general jurisdiction, including from regularly doing or soliciting business, engaging in other persistent courses of conduct, and deriving substantial revenue from goods and services provided to persons or entities in Florida.  Further, on information and belief, Defendant is subject to the Court's personal jurisdiction at least due to its sale of products and/or services within Florida.  Defendant has committed such purposeful acts and/or transactions in Florida such that it reasonably should know and expect that it could be sued in this Court as a consequence of such activity.

6.     Venue is proper in this District under 28 U.S.C. § 1400(b). On information and belief, Defendant has a regular and established place of business in Florida and in this District at 300 Park Place Blvd., Suite 100, Clearwater, FL 33759.  On information and belief, from and within this District, Defendant has committed acts of infringement, including at least a portion of the infringements at issue in this case.

7.     For these reasons, personal jurisdiction exists and venue is proper in this Court under 28 U.S.C. § 1400(b).

### III.  THE PATENT-IN-SUIT

8.     Plaintiff incorporates the above paragraphs herein by reference.

9.     On March 14, 2006, United States Patent No. 7,013,127 ("the '127 Patent") was duly and legally issued by the United States Patent and Trademark Office.  A true and correct copy of the '127 Patent is attached hereto as Exhibit A and incorporated herein by reference.

10.     PAYG is the assignee of all right, title, and interest in the '127 patent, including all rights to enforce and prosecute actions for infringement and to collect damages for all relevant times against infringers of the '127 Patent.  Accordingly, PAYG possesses the exclusive right and standing to prosecute the present action for infringement of the '797 Patent by Defendant.

## Background of the Invention

11.    The '127 Patent relates to telecommunications services and methods that enable a user and/or other responsible party to make payments as the user uses the telecommunication services.

12.    As described in the specification of the '127 Patent, before the invention claimed in the '127 Patent, it was known in the art of telecommunication services to provide calling card accounts to customers. A customer would receive account information in the form of a personal identification number ("PIN") and a toll-free access number that allowed the customer to utilize the account. Those accounts were generally one of two types: (1) a pre-paid account, which was an account with a pre-defined amount of usage paid for in advance by the customer; and (2) a usage-based account, which was an account that is billed on a periodic billing cycle according to usage during the billing period. Pre-paid wireless (cell phone) service was one example of a pre-paid account.

13.    Prior to the '127 Patent, pre-paid wireless service enabled customers to use the convenience of cellular and digital communications by establishing a pre-paid account with a wireless telecommunication vendor. Typically, pre-paid wireless cards, each card corresponding to a wireless services account, were purchased in preset denominations, such as $20, $50 or $100, often from a limited number of locations. Each card provided the user with a specified amount of

wireless calling dollars or minutes. After the initial allocation was exhausted, the user could "recharge" or reload their wireless account, usually by calling a toll-free number, and either talking with a customer service representative or using an automated system to charge additional calling dollars or minutes to a credit card.

14.    These prior art pre-paid systems were burdensome to both the user and the telecommunication service provider. Moreover, these prior art pre-paid systems generally required that the user have a current credit card with an available balance, which created a significant burden in and of itself to certain classes of user, such as individuals who lacked sufficient regular income, individuals with too much existing debt, individuals with poor credit histories, and individuals who lacked and/or were unable to obtain a social security number.

## The Patented Invention

15.    The '127 Patent discloses specific improved methods for effecting payment for pay-as-you-go telecommunication services via a third-party. The claimed method comprises: monitoring a user's use of telecommunication services at regular time intervals; communicating results of the monitoring to the provider of the telecommunication services, who then processes the results and communicates those to the user; and receiving a payment from the user, wherein: (i) the payment is received from the user at a third-party point-of-sale together

with an account identifier, (ii) data indicative of the payment transaction is received sale by the telecommunication services provider from the third party; and (iii) an amount of money equal to the payment is received by the telecommunications services provider from the third-party. The point-of-sale can be a physical location, such as a retail merchant site; a vending machine; and an automated teller machine, or a virtual location, such as a website or application. The payment at the point-of-sale can be made in any acceptable form, including cash, a wire-transfer or bank-transfer, a debit card transaction, and a credit card transaction.

16.    The methods of the claimed invention are an improvement over conventional methods that allow a user to pay as the telecommunication services are being used (*i.e.*, "pay-as-you-go"). Various embodiments of pay-as-you-go methods are illustrated in FIG. 1 and FIG. 2 of the '127 Patent.

17.    Unlike standard mobile phone calling plans that charged a set monthly fee for a specific amount of calls or usage, pay-as-you-go plans only required the user to purchase minutes or usage when they would like to make a call or use the telecommunication services. This was a significant advantage to consumer-users who did not want to be bound by an annual, or even biannual, contract, as well as to consumer-users who did not possess sufficient credit (or credit-worthiness) to qualify for such a contract. This latter group included not

only individuals with bad credit ratings, but also hourly-wage earners, individuals under the age of 18, and individuals unable to obtain a social security number.

18.    Pay-as-you-go calling plans also represented an advance to consumer-users who, for whatever reason, wanted to preserve their privacy and so were reluctant to enter into a contract with a telecommunications service provider that would require the disclosure of confidential personal information, like the consumer-user's name, home address, social security number, and the like. In 2020, there were approximately 74 million pay-as-you-go consumer-users in the United States.

19.    Pay-as-you-go systems also provide an advantage for telecommunication service providers.  With pay-as-you-go systems, use of the telecommunication services can be suspended by the telecommunication services provider upon the available balance in a user's account being fully consumed. And, because use is monitored at regular time intervals, such a suspension can generally be achieved before the user and/or the responsible party accumulates any balance due.

20.    However, a significant drawback of prior art pay-as-you-go systems and methods was the inability to add extra time or services after the initial purchase of the phone and time without a credit or debit card. Because of this, many prior art pay-as-you-go systems and methods were almost as bad as

standard mobile phone calling plans for individuals with bad credit ratings, hourly-wage earners, individuals under the age of 18, and individuals without social security numbers. Such systems and methods were also less-than-desirable for individuals who wished to protect their private, personal confidential information and/or preserve their anonymity through cash-only transactions or the like. For all of those different groups of individuals, prior to the invention of the methods claimed in the '127 Patent, the only solution to the problem of running out of time was to purchase another pre-paid phone altogether—a "solution" which could end up being prohibitively expensive in the long term.

21.    Unlike prior art pay-as-you-go systems and methods which required direct payment from a user to the telecommunications service provider via a credit or debit card to add time or data for further use, the methods of the invention claimed in the '127 Patent permit a user to make payments via a third-party point-of-sale site. Such a third-party point-of-sale site may be a physical location, such as a gas station or convenience store equipped with an electronic point-of-sale device, or a virtual location, such as a website or app like PayPal® or Venmo®. While such payments can be made electronically, *e.g.*, via credit card, debit card, check card or any other such means, including on-line banking, they do not have to be made electronically like the prior art systems required. Rather, payments according to the invention claimed in the '127 Patent can also be made in cash, *i.e.*,

the user can make a payment with cash at a designated location, and the amount paid at the designated location will credited to the user's account to cover the services rendered in step 68 of FIG. 2.

22.    To use a designated location 12 to make payment, a user 10 may be issued an account identifier 14, *e.g.*, an individual account number, in step 62 of FIG. 2, that uniquely identifies that user 10. Such an account identifier 14 enables a user 10 to make a payment at the designated location in step 64 of FIG. 2. As noted above, this may be done, *e.g.*, via a point-of-sale terminal 16, where a user's credit card or debit card is "swiped" both to identify the user 10 and to collect payment of a specified amount, or where a user physically inserts cash in the form of paper bills and/or metal coins and enters his/her account identifier via a pin pad or the like. The payment information is then relayed to the telecommunication services provider 18 in step 66 of FIG. 2. The designated location 12 can be any physical or virtual location that processes a credit or debit card and/or can accept cash, *e.g.*, retail stores such as a dry cleaner, a drug store, a supermarket, or a convenience store, etc., and websites and mobile applications like PayPal®.

23.    The inventions claimed in the '127 Patent include methods that enable a user of pay-as-you-go telecommunication services to make payments for those telecommunications services via a third-party point-of-sale.

24.    Prior to the invention claimed in the '127 Patent, users of telecommunications services that did not have a credit card, debit card, and/or linkable bank account were generally unable to use "pay as you go" systems. This requirement presented a problem to users with bad credit ratings, hourly-wage earners, and individuals under the age of 18, as well as individuals who wished to protect their privacy and/or preserve their anonymity.

25.    The methods claimed in the '127 Patent are directed to novel ways of permitting users of telecommunications services to purchase those services on an as-needed basis without needing a credit card, debit card or linkable bank account, and without having to disclose personal identifying information. This represents a significant advantage to users with bad credit ratings, hourly-wage earners, individuals under the age of 18, and individuals without social security numbers, as well as individuals who wished to preserve their anonymity.

26.    The claims of the '127 Patent are not directed to an abstract idea or law of nature.

27.    The claims of the '127 Patent provide solutions to a specific and persistent problems that existed with conventional pay-as-you-go systems and methods, including how could certain users (such as individuals with bad or no credit, hourly-wage earners, individuals under the age of 18, individuals without a social security number, and individuals who wished to maintain their privacy)

continue to use a prepaid phone or similar device once the original time had expired and/or been consumed. The inventions claimed in the '127 Patent provide a real-world solution to that real-world problem.

28.    The invention described in the claims of the '127 Patent enables users to add to a pre-paid phone or similar device after the initial purchase thereof without using a credit or debit card or bank account and without needing to reveal personal confidential information, such as an individual's name or social security number. The patented invention does this by enabling such users to provide payment to the telecommunications service provider through a third-party willing to accept forms of payment other than a credit or debit card, including virtual sites, like PayPal®, and brick-and-mortar businesses, like convenience stores and gas stations.

29.    The claims of the '127 patent recite a particular way of effecting such payments via a third-party point of sale site, which are not generic and do not preempt alternate methods of payment. Alternative ways exist and are known for a user to affect payment for pay-as-you-go telecommunications services, including the prior art method of submitting a credit or debit card directly to the provider of the telecommunications services.

## IV.  COUNT I
## (PATENT INFRINGEMENT OF UNITED STATES PATENT NO. 7,013,127)

30.  **Direct Infringement.** Upon information and belief, Defendant directly infringed claim 1 of the '127 Patent in Florida, this District. and elsewhere in the United States. As shown below, Defendant performed steps of a pay-as-you-go method for affecting payment of telecommunication services with its usage-based pricing (Pay-per-Usage) plan that satisfied each limitation of claim 1 of the '127 Patent.

31.  Defendant provided a Pay-per-Usage plan that allows merchants to charge customers based on their consumption of products and services, such as calls and messages ("telecommunication services"). The charges ("affecting payment of telecommunication services") are either applied as standalone fees in addition to recurring charges or as overage charges that cost beyond the plan's included usage.



(https://verifone.cloud/docs/2checkout/Documentation/Subscription-Billing/02Subscription-Packaging-and-Pricing/04Usage-based-pricing-Pay-per-Usage (red boxes added)).

# Usage-based pricing (Pay-per-Usage)

Last updated: 01-Mar-2024

Rate this article: 👍 👎

## Overview     affecting payment of telecommunication services

Usage billing allows merchants to bill their customers based on how much of the product or service they consume after it was used. Usage can be billed standalone (without recurring charges), on top of recurring charges, or on top of usage already included in the plan (in which case it is known as overage). 2Checkout charges subscribers for usage at the start of a new billing cycle for metered resources consumed during the previous billing cycle. Usage billing is also referred to as metered billing, pay-per-use, and pay-as-you-go.

(https://verifone.cloud/docs/2checkout/Documentation/Subscription-Billing/02Subscription-Packaging-and-Pricing/04Usage-based-pricing-Pay-per-Usage (red text and boxes added)).

32.    Defendant performed the step of monitoring a user's use of the telecommunication services at regular time intervals.  For example, Defendant provided a communication platform that charges customers for usage of the services in a monthly ("at regular time intervals") billing cycle. In the billing cycle, the platform charges a recurring monthly fee of $9.99, with additional fees for usage of the calls and messaging services ("monitoring a user's use of the

telecommunication services"). Further, the charges depend on the number of messages sent and calling minutes used in a month.

## How usage billing works

For example, a communication platform charges their clients a monthly recurring fee of $9.99 and additional fees for how many messages and voice calls clients send out from the platform, as follows:

Volume-based usage fees for messages sent:

- $0.1 per message, if the customer sent 1 to 1,000 messages (in total) in a month

- $0.09 per message, if the customer sent 1,001 to 10,000 messages (in total) in a month and

- $0.075 per message, if the customer sent more than 10,000 messages (in total) in a month

Stepped-usage fees for Voice calls made:

- $0.2 per minute for the first 1000 minutes of voice calls made in a month

- $0.15 per minute for the minutes above the first 1000, but under 1500 minutes of voice calls made in a month

- $0.1 per minute for any voice calls made in a month above 1500 minutes

*monitoring a user's use of the telecommunication services at regular time intervals*

(https://verifone.cloud/docs/2checkout/Documentation/Subscription-Billing/02Subscription-Packaging-and-Pricing/04Usage-based-pricing-Pay-per-Usage (red text and boxes added)).

33.    Defendant performed the step of communicating results of said monitoring to a telecommunication services provider, wherein said telecommunication services provider processes said results and communicates processed results to said user.  For example, when the customer subscribes to the Pay-per-Usage plan, a monthly bill ("processed results") is generated at the start

of the new billing cycle based on the customer's usage of calling and messaging services ("results of said monitoring") during the previous cycle. Further, the bill is uploaded to the '2 Checkout dashboard' associated with the customer ("communicates processed results to said user"). Therefore, it would be apparent to a person having ordinary skill in the art that the usage data is communicated to a telecommunication services provider, which processes the data and generates the bill.



([https://verifone.cloud/docs/2checkout/Documentation/Subscription-Billing/02Subscription-Packaging-and-Pricing/04Usage-based-pricing-Pay-per-Usage](https://verifone.cloud/docs/2checkout/Documentation/Subscription-Billing/02Subscription-Packaging-and-Pricing/04Usage-based-pricing-Pay-per-Usage) (red text and boxes added)).

## How usage billing works

For example, a communication platform charges their clients a monthly recurring fee of $9.99 and additional fees for how many messages and voice calls clients send out from the platform, as follows:

Volume-based usage fees for messages sent:

- $0.1 per message, if the customer sent 1 to 1,000 messages (in total) in a month

- $0.09 per message, if the customer sent 1,001 to 10,000 messages (in total) in a month and

- $0.075 per message, if the customer sent more than 10,000 messages (in total) in a month

Stepped-usage fees for Voice calls made:

- $0.2 per minute for the first 1000 minutes of voice calls made in a month

- $0.15 per minute for the minutes above the first 1000, but under 1500 minutes of voice calls made in a month

- $0.1 per minute for any voice calls made in a month above 1500 minutes

results of said monitoring

(https://verifone.cloud/docs/2checkout/Documentation/Subscription-Billing/02Subscription-Packaging-and-Pricing/04Usage-based-pricing-Pay-per-Usage (red text and boxes added)).

34.     Defendant performs a step of receiving a payment from the user, the payment obtained from a payment transaction wherein: a payment is received from the user at a point-of-sale together with an account identifier, data indicative of the payment transaction is received from the point-of-sale by the telecommunication services provider, and an amount of money equal to the amount of payment is received from a point-of-sale proprietor by the telecommunication services provider.  For example, after the monthly bill is

generated and uploaded on the '2 Checkout dashboard' ("an account identifier"), the customer pays the bill ("receiving a payment from the user") for the availed services through multiple payment methods such as Debit/Credit card, Digital wallets, Online banking, and Offline banking ("payment obtained from a payment transaction"). Therefore, upon information and belief, the payment for the bill is received by the telecommunication services provider from the payment ("point-of-sale") proprietor.

# Overview

Account identifier

2Checkout calculates recurring charges for your subscription plans based on your pricing setups. You have the option to change recurring charges and modify the costs incurred by subscribers when renewing their subscriptions.

(https://verifone.cloud/docs/2checkout/Documentation/Subscription-Billing/02Subscription-Packaging-and-Pricing/03Recurring-billing-charges (red text and boxes added)).

# Overview

Leverage 2Checkout's Monetization Platform to sell in over 200 countries and territories, in over 45 payment methods and 100 billing currencies.

(https://verifone.cloud/docs/2checkout/Documentation/03Billing-and-payments/Payment-methods (red text and boxes added)).

# Online Payment Methods

## Credit/Debit Cards (With/Without Installments) Payment Methods

Expand table ↗

| Payment method | Availability | Renewal support/recurrent billing | Curre |
|---|---|---|---|
| Visa* | Worldwide | Yes | All fro |
| Visa Electron* (debit card) | Worldwide | No | All fro |
| MasterCard* | Worldwide | Yes | All fro |
| Maestro* | Worldwide | No | All fro |
| Eurocard (Mastercard) | Scandinavia, Baltic countries | Yes | EUR |

(https://verifone.cloud/docs/2checkout/Documentation/03Billing-and-payments/Payment-methods (red text and boxes added)).

18

## Digital Wallets Payment Methods

Expand table ↗

| Payment method | Availability | Renewal support/recurrent billing | Currencies |
|---|---|---|---|
| PayPal* | Worldwide | Yes | All from list |
| PayPal Express* | Worldwide | Yes | All from list |
| Alipay | China, Hong Kong, Taiwan | Yes | CNY, USD |
| Apple Pay | Check here the list of countries where Apple Pay is available. | Yes | All from list |
| MobilePay | Denmark | No | DKK |
| Vipps | Norway | No | NOK |
| Webmoney | All countries and | No | EUR |

(https://verifone.cloud/docs/2checkout/Documentation/03Billing-and-payments/Payment-methods (red text and boxes added)).

19

## Online Banking Payment Methods

Expand table ↗

| Payment method | Availability | Renewal support/recurrent billing | Currencies |
|---|---|---|---|
| SOFORT Banking | Germany, Austria, Belgium, Switzerland, The Netherlands | Auto-renewal supported through Direct Debit. | EUR |
| iDEAL | The Netherlands | Auto-renewal supported through Direct Debit. | EUR |
| OP-Pohjola | Finland | No | EUR |
| Nordea | Finland | No | EUR |
| Danske | Finland | No | EUR |
| Trustly | Austria, Belgium, Bulgaria, Croatia, Cyprus, Czech Republic, Denmark, | No | CZK, DKK, EUR, GBP, HUF, PLN, RON, SEK |

(https://verifone.cloud/docs/2checkout/Documentation/03Billing-and-payments/Payment-methods (red text and boxes added)).

35.    Plaintiff has been damaged as a result of Defendant's infringing conduct.  Defendant is thus liable to Plaintiff for damages in an amount that adequately compensates Plaintiff for such infringement of the '127 Patent, *i.e.*, in an amount that by law cannot be less than would constitute a reasonable royalty for the use of the patented technology, together with interest and costs as fixed by this Court under 35 U.S.C. § 284.

36.     The claims of the '127 Patent are method claims to which the marking requirements are not applicable.  Plaintiff has therefore complied with the marking statute.

## V.  <u>JURY DEMAND</u>

Plaintiff, under Rule 38 of the Federal Rules of Civil Procedure, requests a trial by jury of any issues so triable by right.

## VI.  <u>PRAYER FOR RELIEF</u>

WHEREFORE, Plaintiff respectfully requests that the Court find in its favor and against Defendant, and that the Court grant Plaintiff the following relief:

a.     Judgment that claim 1 of United States Patent No. 7,013,127 has been infringed directly and indirectly, either literally and/or under the doctrine of equivalents, by Defendant;

b.     Judgment that Defendant account for and pay to Plaintiff all damages to and costs incurred by Plaintiff because of Defendant's infringing activities and other conduct complained of herein, and an accounting of all infringements and damages not presented at trial;

c.     That Plaintiff be granted pre-judgment and post-judgment interest on the damages caused by Defendant's infringing activities and other conduct complained of herein; and

d.     That Plaintiff be granted such other and further relief as the Court may deem just and proper under the circumstances.

March 18, 2025                              /s/Barbra Anne Stern
                                           Barbra A. Stern, Esquire
                                           Florida Bar No.: 526576
                                           barbra@sternlawoffice.com
                                           Law Offices of Barbra Stern, PA
                                           808 E. Las Olas Blvd, Suite 102
                                           Ft. Lauderdale, Florida 33301
                                           Telephone: (954) 743-4710
                                           *Attorneys for Plaintiff*
                                           *Pay As You Go, LLC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 18, 2025, I electronically filed the above documents with the Clerk of Court using CM/ECF which will send electronic notification of such filings to all registered counsel.

*<u>/s/Barbra A. Stern</u>*

# Exhibit A

US007013127B2

(12) **United States Patent**    (10) **Patent No.:**    **US 7,013,127 B2**
Wills et al.    (45) **Date of Patent:**    **Mar. 14, 2006**

(54) **SYSTEMS AND METHODS FOR EMPLOYING "PAY-AS-YOU-GO" TELECOMMUNICATION SERVICES**

(75) Inventors: **Harold S. Wills**, Great Falls, VA (US); **David A. Steinberg**, Washington, DC (US)

(73) Assignee: **InPhonic, Inc.**, Washington, DC (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 238 days.

(21) Appl. No.: **10/337,301**

(22) Filed: **Jan. 7, 2003**

(65) **Prior Publication Data**

US 2004/0203585 A1    Oct. 14, 2004

(51) **Int. Cl.**
*H04M 11/00*    (2006.01)
*H04M 15/00*    (2006.01)

(52) **U.S. Cl.** ................ **455/406**; 455/408; 379/114.01; 379/121.06

(58) **Field of Classification Search** ................ 455/406, 455/407, 408, 26.1; 379/111, 114.01, 114.19, 379/114.2, 114.23, 116, 118, 120, 122, 124, 379/127.01, 121.06
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,650,219 A | * | 3/1987 | Sigman ........................ 283/70 |
| 5,325,419 A | | 6/1994 | Connolly |
| 5,425,087 A | * | 6/1995 | Gerber et al. ............... 379/134 |
| 5,475,740 A | * | 12/1995 | Biggs et al. ............. 379/91.02 |
| 5,479,411 A | | 12/1995 | Klein |
| 5,506,887 A | | 4/1996 | Emery et al. |
| 5,557,664 A | | 9/1996 | Burns et al. |
| 5,579,379 A | | 11/1996 | D'Amico et al. |
| 5,594,740 A | | 1/1997 | LaDue |
| 5,604,788 A | | 2/1997 | Tett |
| 5,625,669 A | | 4/1997 | McGregor et al. |
| 5,633,919 A | | 5/1997 | Hogan et al. |
| 5,635,918 A | | 6/1997 | Tett |
| 5,724,407 A | | 3/1998 | Bruno et al. |
| 5,742,668 A | | 4/1998 | Pepe et al. |
| 5,742,905 A | | 4/1998 | Pepe et al. |
| 5,758,088 A | | 5/1998 | Bezaire et al. |
| 5,845,203 A | | 12/1998 | LaDue |
| 5,867,566 A | | 2/1999 | Hogan et al. |
| 5,872,926 A | | 2/1999 | Levac et al. |
| 5,912,956 A | * | 6/1999 | Longo et al. .......... 379/144.07 |
| 5,951,638 A | | 9/1999 | Hoss et al. |
| 5,959,543 A | | 9/1999 | LaPorta et al. |
| 5,987,100 A | | 11/1999 | Portman et al. |
| 6,002,750 A | | 12/1999 | Ertz |
| 6,023,499 A | * | 2/2000 | Mansey et al. ............. 379/111 |
| 6,061,718 A | | 5/2000 | Nelson |
| 6,072,862 A | | 6/2000 | Srinivasan |
| 6,073,029 A | | 6/2000 | Smith et al. |
| 6,178,331 B1 | | 1/2001 | Holmes et al. |
| 6,185,545 B1 | | 2/2001 | Resnick et al. |
| 6,212,506 B1 | | 4/2001 | Shah et al. |
| 6,282,276 B1 | | 8/2001 | Felger |
| 6,317,490 B1 | * | 11/2000 | Cameron et al. ...... 379/114.01 |
| 6,397,055 B1 | | 5/2002 | McHenry et al. |
| 6,424,706 B1 | | 7/2002 | Katz et al. |

(Continued)

*Primary Examiner*—Binh K. Tieu
(74) *Attorney, Agent, or Firm*—Patton Boggs, LLP

(57)    **ABSTRACT**

Telecommunication services systems and methods are disclosed. The telecommunication services systems and methods preferably enable the user and/or the responsible party to make payments as the user uses the telecommunication services. The systems and methods may also be employed to provide the user and/or the responsible party with specialized pricing options and other customized services.

**8 Claims, 2 Drawing Sheets**



## US 7,013,127 B2

Page 2

### U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 6,442,406 B1 * | 8/2002 | Harris et al. | ................ | 455/565 |
| 6,483,907 B1 * | 11/2002 | Wong et al. | ........... | 379/112.01 |
| 6,529,593 B1 * | 3/2003 | Nelson | .................... | 379/114.2 |
| 6,539,082 B1 | 3/2003 | Lowe et al. | | |
| 6,553,108 B1 | 4/2003 | Felger | | |
| 6,668,046 B1 * | 12/2003 | Albal | ........................ | 379/119 |
| 6,697,468 B1 * | 2/2004 | Wong et al. | ........... | 379/112.01 |
| 6,704,563 B1 * | 3/2004 | Senn et al. | ................ | 455/406 |

* cited by examiner



FIG. 1

## FIG. 2



62 — ESTABLISHING A TELECOMMUNICATION SERVICES ACCOUNT AND ACCOUNT IDENTIFIER

64 — RECEIVING PAYMENT AND ACCOUNT IDENTIFIER AT POS

66 — COMMUNICATING DATA INDICATIVE OF PAYMENT FROM POS TO TELECOMMUNICATION SERVICES PROVIDER

68 — COLLECTING MONEY FROM POS PROPRIETOR TO TELECOMMUNICATION SERVICES PROVIDER

70 — SELECTING TELECOMMUNICATION SERVICE

72 — MONITORING USE OF TELECOMMUNICATION SERVICE AT REGULAR TIME INTERVALS

74 — COMMUNICATE RESULTS OF MONITORING TO TELECOMMUNICATION SERVICES PROVIDER

76 — PROCESS RESULTS

78 — COMMUNICATE PROCESSED RESULTS TO USER

80 — NOTIFY USER OF AN EVENT

US 7,013,127 B2

1

## SYSTEMS AND METHODS FOR EMPLOYING "PAY-AS-YOU-GO" TELECOMMUNICATION SERVICES

### BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention relates to telecommunication services systems and methods, and in particular, to telecommunication services systems and methods that enable the user to make payments as the user uses the telecommunication services. The systems and methods may also be employed to provide the user with specialized pricing options and other customized services.

2. Description of the Prior Art

It is known in the art of telecommunication services to provide calling card accounts to customers. A customer receives account information in the form of a personal identification number ("PIN") and a toll free access number that allows the customer to utilize the account. The accounts are generally one of two types: (1) a pre-paid account, which is an account with a pre-defined amount of usage paid for in advance by the customer; and (2) a usage-based account, which is an account that is billed on a periodic billing cycle according to usage during the billing period.

Pre-paid wireless (cell phone) service provides an illustrative example. Pre-paid wireless service enables customers to utilize the convenience of cellular and digital communications by establishing a prepaid account with a wireless telecommunication vendor. Typically, prepaid wireless cards, each card corresponding to a wireless services account, are purchased in preset denominations in a limited number of locations. The cards are issued in fixed value increments, for example, $20, $50 or $100. Each card provides the user with a specified amount of wireless calling dollars or minutes. After the initial allocation is exhausted (or before), the user can "recharge" or reload their wireless account usually by calling an 800 number, having a credit card handy, and either talking with a customer service representative (CSR) or using an automated system to charge additional minutes to the credit card.

U.S. Pat. No. 6,185,545 discloses a method for effecting payment of goods or services. The method includes establishing an intermediary account and associating the intermediary account with a user account maintained by a vendor. The method permits the user to, e.g., pre-pay for telecommunication services.

U.S. Pat. No. 6,282,276 discloses a method for billing a value-added service call. Value-added service calls include calls that have traditionally been "800" or "900" number calls.

U.S. Pat. No. 6,397,055 discloses a system and method for charging a pre-paid wireless call user.

U.S. Pat. No. 6,424,706 discloses a system and method for accessing the value associated with a pre-purchased amount of telecommunication time.

WO 01/82582 A2 discloses a communication billing system that provides interrelated processing of wireless service events and wire line service events.

WO 02/11422 A2 discloses a communication account system for dynamically providing communication accounts to communication devices for immediate transfer to users. The system includes a means of determining an amount of prepaid time for a communication.

The pre-paid systems such as those discussed above are burdensome to both the user and the telecommunication services provider. There is thus a need for a system and

2

method for affecting payment for telecommunication services that enables a user to pay as the user uses the telecommunication services. There is also a need for a system and method that provides convenient payment options to the user.

### SUMMARY OF THE INVENTION

An object of the present invention is to provide systems and methods that enable a user of telecommunication services to make payments as the user uses the telecommunication services. Examples of the telecommunication services include, but are not limited to, telephone calls, data calls, audio transfers, video transfers, e-mail sessions, voice mail sessions, video mail sessions, web sessions, and/or other services provided over a telecommunication network.

These services include wireless services, wire line services and internet ("on-line") services.

Another object of the present invention is to provide systems and methods that enable the user of telecommunication services to determine the cost of the telecommunication services as the user uses the services. In accordance with this object, a total charge for the user's use of the telecommunication services that is based on the actual time that the user is using the telecommunication services is calculated via a telecommunication services provider network when the user terminates use of the services. Call charge information associated with the use of the telecommunication services is virtually simultaneously accessible by the user when the use of the services is terminated, the call charge information including information regarding the amount representing a charge for the use of the telecommunication services.

According to another embodiment, the system and method comprise a notification system. The notification system may be an interactive voice notification system, an on-line notification system, a short message service ("SMS") notification system, a multimedia service ("MMS") notification system or any other similar service that may be provided over a telecommunication network. The interactive voice notification system provides the user with a voice mail message at a designated phone number. The on-line notification system provides an e-mail message to the user at a designated e-mail address. The SMS notification system provides a short text message over any telecommunication network. The MMS notification system provides video, voice or any other multimedia service or capability that may arise over a telecommunication network. The user then accesses his account information by calling a specified number, and/or by logging in using an identifier by communication to and/or from a SMS or a MMS. The user may then purchase more time if desired.

Another object of the invention is to provide systems and methods that provide the user of telecommunication services with specialized pricing options and other customized services related to the user's use of the telecommunication services.

According to another object of the invention, the system comprises an e-mail system and the method comprises the use of the e-mail system. The system and method involve the user using the e-mail system to access account information and to make payment, if required, for use of the telecommunication services. The user may also use the e-mail system to access additional information related to the use of the telecommunication services. In accordance with this object, a system and method for accessing information and for effecting payment for telecommunication services are

US 7,013,127 B2

3

provided. The system and method comprise establishing a telecommunication services account for a telecommunication services user, wherein said telecommunication services user is provided with a corresponding account identifier; and conducting a transaction via an e-mail system at the user's request, wherein said transaction requires the user's use of the account identifier.

According to another object of the invention, the system comprises a web server and the method comprises the use of the web server. The system and method involve the user using the web server to access account information and to make payment, if required, for use of the telecommunication services. The user may also use the web server to access additional information related to the use of the telecommunication services. In accordance with this object, a system and method for accessing information and for effecting payment for telecommunication services are provided. The system and method comprise establishing a telecommunication services account for a telecommunication services user, wherein said telecommunication services user is provided with a corresponding account identifier; and conducting a transaction via a web server at the user's request, wherein said transaction requires the user's use of the account identifier.

According to another object of the invention, the system comprises an interactive voice system ("IVS") and/or an interactive data system ("IDS"). The method involves the user using the IVS and/or the IDS to access account information and to make payment, if required, for use of the telecommunication services. The user may also use the IVS and/or IDS to access additional information related to the use of the telecommunication services. In accordance with this object, a system and method for accessing information and for effecting payment for telecommunication services are provided. The system and method comprise establishing a telecommunication services account for a telecommunication services user, wherein said telecommunication services user is provided with a corresponding account identifier; and conducting a transaction via an IVS and/or an IDS at the user's request, wherein said transaction requires the user's use of the account identifier.

According to yet another object of the invention, a system and method for effecting payment for telecommunication services at a designated location, e.g., a "point-of-sale," are provided. The system and method comprise establishing a telecommunication services account having a corresponding account identifier; conducting a payment transaction comprising receiving a payment from a user at a point-of-sale together with the account identifier; communicating data indicative of the payment transaction from the point-of-sale to a telecommunication services provider; and collecting an amount of money equal to the payment amount, subject to adjustment, from a point-of-sale proprietor to the telecommunication services provider. The point-of-sale can be, e.g., a retail merchant site; a vending machine; and an automated teller machine (ATM). The payment at the point-of-sale can be made, e.g., in the form of cash; as a debit card transaction; and as a credit card transaction effected via communication with a computer.

These and other objects of the invention will be apparent to those of ordinary skill in the art from the following Detailed Description.

4

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

All patents and patent publications cited herein are hereby incorporated herein by reference.

Most telecommunication services providers require that the user pay in advance. If the user does not use the telecommunication services, the amount paid is not given back to the user. The systems and methods of the present invention allow the user to pay as the telecommunication services are being used (otherwise known as "pay-as-you-go"). Pay-as-you-go is a user driven-service that permits the user to conveniently make payment for telecommunication services. Various embodiments of the present invention are described in further detail in the remainder of the detailed description, as illustrated in FIG. 1 and FIG. 2 using like reference numerals to those identified herein.

The systems and methods permit the user 10 to make payment electronically, i.e., via credit card, debit card, check card or any other such means including on-line banking; or to make payment in cash, i.e., wherein the user 10 can make payment at a designated location 12, wherein the amount paid at the designated location 12 is credited to the user's account 50 in order to make payment for the services rendered in step 68 of FIG. 2. In order to use the designated location 12, the user 10 will be issued an account identifier 14, e.g., a plastic card, in step 62 of FIG. 2 that identifies the user 10. The account identifier 14 permits the user 10 to make payment at the designated location in step 64 of FIG. 2. This may be done, e.g., via a point-of-sale ("POS") terminal 16, wherein the user's card is "swiped" to identify that the user 10 is paying a specified amount of cash. This information is then relayed to the telecommunication services provider 18 in step 66 of FIG. 2. The designated location 12 can be any location that processes a credit card, e.g., retail stores such as the dry cleaners, the drug store, the supermarket, etc. The benefit to the retail store providing such a service would be a commission for providing the service.

The systems and methods are configured so as to monitor the user's use of the telecommunication services at regular time intervals in step 72 of FIG. 2, e.g., at 5, 10, 15 or 30 minute intervals. When the user 10 completes use of the telecommunication services 20, the user 10 may then access a call detail record ("CDR") 22, which is sent from a telecommunication services network 24 to the telecommunication services provider 18 in step 74 of FIG. 2, who is then able to produce the equivalent of an updated invoice in step 76 of FIG. 2. All telecommunication services charges, including, e.g., information "411" charges, operator assistance, etc., are included. The telecommunication services provider 18 then relays this information in step 78 of FIG. 2 back to the user 10 via e-mail 30; via interactive web access 40; via SMS 42, via MMS 44; and/or via a voice and/or a data call 46, e.g., if the user 10 is at a pre-designated limit, the telecommunication services provider 18 can notify the user 10 of such.

According to an embodiment of the invention, the system and method comprise an interactive voice system ("IVS") 34 and/or an interactive data system ("IDS") 26. The IVS 34 and/or the IDS 26 permit a user 10 to conduct a complete range of business with the telecommunication services provider 18. For example, the IVS 34 and/or the IDS 26 may provide notice to the user 10 that the user 10 has a limited amount of time left for use of its telecommunication services 20. The user 10 may then access the TVS 34 and/or the IDS 26 and conduct business with the IVS 34 and/or the IDS 26

US 7,013,127 B2

5

as if a service representative was on the line. Secure access can be assured by requiring the user 10 to provide caller identification information, e.g., social security number, driver's license number, or some other information that has previously been provided by the user 10. Once the user 10 is identified, the user 10 may obtain information regarding its telecommunication services 20 in step 78 of FIG. 2, including how much time the user 10 has used, when the user 10 last made payment, etc. Should the user 10 choose to make payment for additional service at this time, the user 10 may do so via credit account information which has previously been provided by the user 10.

According to another embodiment, the system and method comprise an on-line notification system ("ONS") 28. The on-line notification system 28 provides an e-mail message 30 to the user 10 at a designated e-mail address 32. The on-line notification system 28 may also provide an e-mail message 30 to an owner or responsible party of the services. The user 10 and/or the responsible party may then accesses account information on-line by logging in using an identifier. The user 10 and/or the responsible party may then purchase more time if desired.

Use of the telecommunication services 20 may be suspended by the telecommunication services provider 18. Because the use is monitored at regular time intervals, the suspension can be achieved before the user 10 and/or the responsible party accumulates a balance due. When the telecommunication services 20 are suspended, the user 10 and/or the responsible party is automatically directed to an IVS 34 and/or an IDS 26, which, as discussed above, permit the user 10 and/or the responsible party to add money to the account 50. The user 10 and/or the responsible party is thus prevented from spending money that is not in the account 50.

Also, because the use is monitored at regular time intervals, the telecommunications services provider 18 can provide selected time, day and/or date service to the user 10. For example, a user 10 can buy a specified amount of time for the telecommunication services 20, e.g., "anytime" service, nighttime service and/or weekend service. Should the user 10 use up all of its anytime service, e.g., the system can still permit the user 10 to employ other services 20, e.g., night-time service and/or weekend service only (i.e., exclusive of the anytime service) via a special price plan related to either one or both of these services 20. The service(s) 20 can therefore be portioned by day, date and/or time based on the user's needs. In this example, if the user 10 tries to use the anytime service, the user 10 would be directed to the IVS 34 and/or the IDS 26 discussed above, wherein the user 10 would be asked to make payment for the anytime service via the means described herein.

The user 10 may use the ONS 28 to obtain an invoice or a statement of its account 50. The user 10 may then print the CDR 22 out and submit it with payment as if the CDR 22 was an invoice that came in the mail.

According to another embodiment, the systems and methods of the invention can be employed to provide specialized pricing options to a user 10. A user 10 can thus be charged a base fee for a telecommunication service 20 based on the user's intended use of the service 20. For example, some users 10 may only want to use the service 20 for emergencies. The user 10 will then be charged a small monthly fee (e.g., \$5.00). The user 10, however, will have the option to add to the service 20 by the interactive means discussed above in step 70 of FIG. 2. Another example is wherein the telecommunication services provider 18 agrees not to charge for certain calls, e.g., emergency phone calls to and from,

6

e.g., the American Automobile Association ("AAA"). The phone can also be set up so that calls are directed to the AAA via, e.g., the push of one button, via the dial of a specified code and/or via voice recognition. Yet another example of a specialized pricing option is a parent who may want to provide limited access to his/her child. For example, the parent can pay a small monthly fee so long as the child only calls home. If the child uses two or more numbers, additional fees may be charged. In addition, because the calls are monitored at regular time intervals, a parent can be notified when calls are made if so desired.

The systems and methods of the invention also permit a user 10, such as a parent, to monitor the use of the telecommunication services 20, e.g., who is using the service, what service is being used, where the service is being used, when the service is being used and/or how the service is being used (both ingoing and outgoing). The parent may access this information by any of the means discussed above.

The user 10 may also provide information to the telecommunication services provider 18 so that the user 10 is notified upon the happening of an event in step 80 of FIG. 2. For example, the user 10 can ask that the services provider 18 notify the user 10 by e-mail when the user 10 has a voice mail or notify the user 10 if a family member such as an elderly family member dials 911. A "notice tree" can be set up by the user 10 with the telecommunication services provider 18.

While, in the foregoing, the present invention has been described in accordance with specific embodiments, those skilled in the art would appreciate that variations of these embodiments fall within the scope of the invention. As a result, the invention is not limited to the specific examples and illustrations discussed above.

What is claimed is:

1. A method for affecting payment of telecommunication services, comprising:
    monitoring a user's use of the telecommunication services at regular time intervals;
    communicating results of said monitoring to a telecommunication services provider, wherein said telecommunication services provider processes said results and communicates processed results to said user; and
    receiving a payment from the user, the payment obtained from a payment transaction wherein: a payment is received from the user at a point-of-sale together with an account identifier, data indicative of the payment transaction is received from the point-of-sale by the telecommunication services provider, and an amount of money equal to the amount of payment is received from a point-of-sale proprietor by the telecommunication services provider.

2. The method of claim 1, wherein said telecommunication services are selected from the group consisting of telephone calls, data calls, audio transfers, video transfers, e-mail sessions, voice mail sessions, video mail sessions, web sessions, and/or other services provided over a telecommunication network.

3. The method of claim 1, wherein said telecommunication services are selected from the group consisting of wireless services, wire line services and internet ("on-line") service.

4. The method of claim 1, wherein said telecommunication services provider notifies said user of a happening of an event, wherein said event is determined as a result of said monitoring of said telecommunication services.

US 7,013,127 B2

7

**5**. The method of claim **1**, wherein said telecommunication services provider notifies said user using an interactive voice notification system, an on-line notification system, a SMS notification system or a MMS notification system.

**6**. The method of claim **1**, wherein a telecommunication services account is associated with said user, the telecommunication services account having a corresponding account identifier.

8

**7**. The method of claim **1**, wherein said point-of-sale is selected from the group consisting of a retail merchant site; a vending machine; and an automated teller machine (ATM).

**8**. The method of claim **7**, wherein payment at the point-of-sale is made in the form of cash; as a debit card transaction; or as a credit card transaction.

* * * * *